# In The United States Court of Federal Claims

No. 13-794C

(Filed: October 15, 2013)

_____

PARRA CONSULTING GROUP, INC.,

      Plaintiff,

v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Thursday, October 17, 2013, at 10:00 a.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge