# In The United States Court of Federal Claims

No. 13-794C

(Filed: October 17, 2013)
_____

PARRA CONSULTING GROUP, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

      Today, a telephonic status conference was held in this case. Participating for plaintiff was Antonio R. Franco, and for defendant was Alexander V. Sverdlov. At the conference, defendant agreed to stay performance of the contract in question until February 5, 2014. Based on that representation, and as discussed during the status conference, the court hereby adopts the following schedule:

1. On or before November 1, 2013, defendant shall file, on CD-ROM, the administrative record, and shall effectuate service to all parties;

2. On or before November 22, 2013, plaintiff shall file its motion for judgment on the administrative record;

3. On or before December 13, 2013, defendant shall file its response to plaintiff's motion and its cross-motion for judgment on the administrative record;

4. On or before January 3, 2014, plaintiff shall file its reply to defendant's response and its response to defendant's cross-motion for judgment on the administrative record;

5. On or before January 17, 2014, defendant shall file its reply to plaintiff's response;

6.     Oral argument on plaintiff's motion and defendant's cross-motion will be held on January 24, 2014 at 10:00 a.m. (EST), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the oral argument; and

7.     Defendant shall not be required to file a response to the complaint in this matter.

**IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge