# In The United States Court of Federal Claims

No. 13-794C

(Filed: November 18, 2013)

_____

PARRA CONSULTING GROUP, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On November 15, 2013, plaintiff filed a motion for leave to supplement the administrative record. On or before November 20, 2013, defendant shall file its response, if any, to plaintiff's motion.

    **IT IS SO ORDERED**.

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge