# In The United States Court of Federal Claims

No. 13-794C

(Filed: November 19, 2013)

_____

PARRA CONSULTING GROUP, INC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On November 18, 2013, plaintiff filed an unopposed motion for an enlargement of the briefing deadlines for the motions for judgment on the administrative record. The motion is hereby **GRANTED**. Accordingly, the court hereby adopts the following schedule:

1. On or before December 2, 2013, plaintiff shall file its motion for judgment on the administrative record;

2. On or before December 23, 2013, defendant shall file its response to plaintiff's motion and its cross-motion for judgment on the administrative record;

3. On or before January 8, 2014, plaintiff shall file its reply to defendant's response and its response to defendant's cross-motion for judgment on the administrative record; and

4. On or before January 17, 2014, defendant shall file its reply to plaintiff's response.

**IT IS SO ORDERED**.

                              s/ Francis M. Allegra
                              Francis M. Allegra
                              Judge